COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     In the Interest of E. V. V, M.-H., Jr. v. Department of Family and Protective Services

Appellate case number:     01-18-00888-CV

Trial court case number:     2017-03568J

Trial court:     315th District Court of Harris County

Appellants' briefs were originally due on November 12, 2018. This court granted extension requests by appellant L.J.V.M. extending the deadline to January 8, 2019. Appellant L.J.V.M's brief was filed on January 7, 2019. On January 24, 2019, appellant E.H., Sr. filed a motion requesting an additional 30 days to file his brief. Due to the accelerated nature of this appeal, the motion is granted in part.[1]

It is ordered that the time for appellant E.H., Sr. to file his brief is extended to **February 13, 2019** with no further extensions.

It is further ordered that the Department of Family and Protective Services shall file its response brief within **20 days** of the filing of E.H,, Sr.'s brief.

It is so ORDERED.

Judge's signature: \_\_\_\_/s/ Gordon Goodman_____
                         Acting individually

Date: \_\_\_January 24, 2019\_\_\_\_

---

[1] Appeals in parental termination cases are to be brought to final disposition within 180 days of the date the notice of appeal is filed, so far as reasonably possible. *See* TEX. ST. JUD. ADMIN. R. 6.2(a).